Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 3

| | |
|---|---|
| **MATRA AMERICAS, LLC and MATRA ATLANTIC GmbH,**<br><br>                    **Plaintiffs,**<br><br>    v.<br><br>**UNITED STATES,**<br><br>                    **Defendant.** | **SUMMONS**<br>**Court No. 21-00632** |

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

     /s/ Mario Toscano
                         Clerk of the Court

1. Plaintiff Matra Americas, LLC is an importer of thermal paper from Germany. Plaintiff Matra Atlantic GmbH is a foreign exporter of thermal paper from Germany. Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(A) and were parties to the U.S. Department of Commerce's Antidumping Investigation of *Thermal Paper from Germany*. Plaintiffs have standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(a)(2)(A)(i)(II).
   (Name and standing of plaintiff)

2. Plaintiffs contest the U.S. Department of Commerce, International Trade Administration's final determination in the Antidumping Investigation on *Thermal Paper from Germany*. *See Thermal Paper From Germany: Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances, in Part*, 86 Fed. Reg. 54,152 and accompanying Issues and Decision Memorandum (Dep't Commerce Sept. 30, 2021)("*Final Determination*"). *See also Thermal Paper from Germany, Japan, the Republic of Korea, and Spain: Antidumping Duty Orders,* 86 Fed. Reg. 66,284 (Dep't Commerce Nov. 22, 2021) ("AD Order").
   (Brief description of contested determination)

3. <u>September 24, 2021</u>
   (Date of determination)

4. <u>Commerce's *Final Determination* was published in the *Federal Register* on September 30, 2021.  The *AD Order* was published in the *Federal Register* on November 22, 2021.</u>
   (If applicable, date of publication in *Federal Register* of notice of contested determination)

<u>/s/ R. Will Planert</u>      R. Will Planert
Signature of Plaintiff's Attorney     **Morris, Manning & Martin, LLP**
    1401 Eye Street, NW Suite 600
<u>December 22, 2021</u>     Washington, DC 20005
Date     (202) 216-4819
    wplanert@mmmlaw.com

13787914–1

Form 3-3

# SERVICE OF SUMMONS BY THE CLERK OF THE COURT

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

**UPON THE UNITED STATES**

Attorney-in-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson, Esq.
Director, Civil Division
**U.S. Department of Justice**
Commercial Litigation Branch
1100 L Street, NW, Room 12124
Washington, D.C.20530

**UPON THE DEPARTMENT OF COMMERCE**

Peter Davidson
General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, D.C.20230

Chief Counsel
**U.S. Department of Commerce**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)