UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| MATRA AMERICAS, LLC AND MATRA ATLANTIC GmbH, <br><br> Plaintiffs, <br><br> KOEHLER OBERKIRCH GmbH f/k/a PAPIERFABRIK AUGUST KOEHLER SE AND KOEHLER PAPER SE, <br><br> Proposed Plaintiff-Intervenors, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br> and <br><br> APPVION, LLC AND DOMTAR CORPORATION, <br><br> Defendant-Intervenors. | Court No. 21-00632 |

### DEFENDANT'S RESPONSE TO PLAINTIFF-INTERVENORS KOEHLER PAPER SE AND KOEHLER OBERKIRCH GMBH F/K/A PAPIERFABRIK AUGUST KOEHLER SE'S MOTION TO INTERVENE

The Government has reviewed plaintiff-intervenors' motion to intervene and rescinds its opposition to the intervention of Koehler Paper SE. The explanation provided in the February 22, 2022 motion to intervene (ECF No. 19) regarding the current corporate structure was not initially clear to the Government given only one company, Papierfabrik August Koehler SE, was investigated in the underlying proceeding. After further consideration, the Government consents to the intervention of Koehler Papier SE, in addition to the consent already given for the intervention of Koehler Oberkirch GmbH f/k/a Papierfabrik August Koehler SE.

The defendant's consent to the intervention is not a waiver of any requirement that the proposed intervenors have to ensure that such changes in corporate structure are recognized by the proper agencies administering the statute.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| OF COUNSEL: | PATRICIA M. MCCARTHY<br>Director |
|  | /s/ L. Misha Preheim<br>L. MISHA PREHEIM<br>Assistant Director |
| W. MITCH PURDY<br>Attorney<br>Office of the Chief Counsel<br>   for Trade Enforcement & Compliance<br>U.S. Department of Commerce | /s/ Catharine M. Parnell<br>Catharine M. Parnell<br>U.S. Department of Justice<br>Commercial Litigation Branch<br>P.O. Box 480<br>Washington, DC 20044<br>(202) 305-4827<br>Fax: (202) 307-0972<br>Email: catharine.m.parnell@usdoj.gov |
| March 15, 2022 | Attorneys for Defendant |