

1900 K Street, N.W.
Washington, DC  20006-1110
+1 202 261 3300  Main
+1 202 261 3333  Fax
www.dechert.com

**F. AMANDA DEBUSK**

amanda.debusk@dechert.com
+1 202 261 3452  Direct
+1 202 261 3333 Fax

April 21, 2022

**BY ECF**

Hon. Gary S. Katzmann, Judge
U.S. Court of International Trade
1 Federal Plaza
New York, NY  10278

Re:   *Matra Americas, LLC, et al. v. United States*, Consol. No. 21-00632

Dear Judge Katzmann:

I write on behalf of plaintiff-intervenors Koehler Paper SE and Koehler Oberkirch GmbH ("Koehler").  On April 1, 2022, Koehler moved to stay these consolidated proceedings pending the resolution of all proceedings, including any and all appeals and appeal periods, in *Stupp Corporation et al. v. United States*, No. 15-00334, which is pending before Judge Claire Kelly.  (*See* ECF No. 27.)  Plaintiffs Matra Americas, LLC and Matra Atlantic GmbH and plaintiff-intervenors Appvion, LLC and Domtar Corporation consented to Koehler's motion to stay.  (*Id.*)  Earlier today, the United States filed its opposition to Koehler's motion to stay.  (*See* ECF No. 32.)

We write to respectfully inform the Court that Koehler intends to seek leave to file a reply to the response of the United States.  For the reply, among the issues we plan to address is the impact of today's decision of the U.S. Court of Appeals for the Federal Circuit in *Mid Continent Steel & Wire, Inc. v. United States*, --- F.4th ----, 2022 WL 1178528, at *7 (Fed. Cir. Apr. 21, 2022) (holding that, as in *Stupp*, Commerce "has departed from the methodology described in all the cited statistical literature governing Cohen's *d*, but it has not justified that departure as reasonable").  Koehler currently intends to file the motion for leave no later than Monday, May 2.

We very much appreciate the Court's consideration.

Respectfully submitted,

  s/ F. Amanda DeBusk

F. Amanda DeBusk

cc:    *All Counsel of Record by ECF*