**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE:  THE HONORABLE JUDGE GARY S. KATZMANN**

_____

MATRA AMERICAS, LLC and MATRA
ATLANTIC GmbH,

|                          |                        |
| Plaintiffs,              | Court No. 21-00632     |

        v.

UNITED STATES,
        Defendant

_____

KOEHLER PAPER SE and KOEHLER
OBERKIRCH GmbH f/k/a PAPIERFABRIK
AUGUST KOEHLER SE,

                                    Court No. 21-00633

        Plaintiffs,

        v.

UNITED STATES,
        Defendant

_____

APPVION, LLC and DOMTAR
CORPORATION,

        Plaintiffs,                            Court No. 21-00634

        v.

UNITED STATES,
        Defendant

**ORDER ON PLAINTIFFS' MOTION TO STAY PROCEEDINGS**

Upon consideration of the motion to stay filed by Koehler Paper SE, as well as

defendant's response in opposition thereto, and all other pertinent papers, it is hereby

ORDERED that the motion to stay is DENIED.

DATED: May 20 , 2022          /S/     Gary S. Katzmann
New York, New York                              JUDGE