UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MATRA AMERICAS, LLC and MATRA ATLANTIC GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 21-00632 |
| KOEHLER PAPER SE and KOEHLER OBERKIRCH GmbH f/k/a PAPIERFABRIK AUGUST KOEHLER SE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 21-00633 |
| APPVION, LLC and DOMTAR CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 21-00634 |

**ORDER REGARDING BRIEFING SCHEDULE**

Upon consideration of the parties' proposed briefing schedule and all other papers and proceedings herein, it is hereby ORDERED that:

1. Motions for judgment on the agency record and accompanying briefs shall be filed by June 30, 2022.

2. Response briefs shall be filed by October 10, 2022.

3. Reply briefs shall be filed by November 22, 2022.

4. Counsel for Matra Americas, LLC and Matra Atlantic GmbH shall, in coordination with counsel for Koehler Paper SE and Koehler Oberkirch GmbH and counsel for Appvion, LLC and Domtar Corporation, prepare and file the joint appendix by December 6, 2022.

5. All motions for oral argument shall be filed by December 13, 2022.

The Clerk of the Court is directed to forward copies of this scheduling order to counsel for all parties.

/S/ Gary S. Katzmann
The Honorable Gary S. Katzmann, Judge
U.S. Court of International Trade

Dated: May 20, 2022