IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | | |
|---|---|---|
| MATRA AMERICAS LLC AND MATRA ATLANTIC GMBH, | ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| and | ) ) ) | |
| KOEHLER PAPER SE AND KOEHLER OBERKIRCH GMBH, | ) ) ) ) | |
| *Plaintiff-Intervenors*, | ) ) | Consol. Ct. No. 21-cv-00632 |
| v. | ) ) ) | |
| UNITED STATES, | ) ) ) | |
| *Defendant*, | ) ) ) | |
| and | ) ) ) | |
| APPVION, LLC AND DOMTAR CORPORATION, | ) ) ) ) | |
| *Defendant-Intervenors.* | ) | |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant, the United States, respectfully provides this notice of supplemental authority concerning this Court's recent decision in *Stupp Corporation v. United States*, Slip Op. No. 23-023, Case No. 15-0334, 2023 WL 2206548 (Ct. Int'l Trade February 24, 2023). The attached decision, particularly pages *5 to *10, addresses arguments that "Commerce's application of Cohen's *d* test is flawed because it fails to take into account assumptions of sample size, distribution, and variance underlying the test." *Id.* at *5. The same arguments are raised by plaintiff and plaintiff-intervenors in this case. *See* Koehler Mot. at 16-34, ECF No. 46 (Sept. 15,

2022). In the *Stupp* decision, the Court concluded that "Commerce has adequately explained how its methodology is reasonable." *Id*. at *10.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. MCCARTHY<br>Director |
|  | /s/Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Director |
| OF COUNSEL: | /s/Emma E. Bond<br>EMMA E. BOND<br>Trial Attorney |
| W. MITCH PURDY<br>Attorney<br>Office of the Chief Counsel<br>    for Trade Enforcement & Compliance<br>U.S. Department of Commerce | Commercial Litigation Branch<br>U.S. Department of Justice<br>P.O. Box 480<br>Washington, DC 20044<br>(202) 305-2034<br>Email: emma.e.bond@usdoj.gov |
| March 7, 2023 | Attorneys for Defendant |