UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |  |
|---|---|---|
| MATRA AMERICAS, LLC and, <br> MATRA ATLANTIC GmbH, <br> <br> Plaintiffs, <br> <br> v. <br> <br> UNITED STATES, <br> <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Consol. Court No. 21-00632 |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Domtar Corporation and Appvion, LLC (the "Domestic Industry Intervenors") respectfully provide this notice of supplemental authority concerning the attached decision by this Court in *Marmen Inc. v. United States*, Slip Op. No. 23-37, Consol. Court No. 20-00169 (Ct. Int'l Trade March 20, 2023). This decision, like *Stupp Corporation v. United States* (Slip Op. No. 23-023) that was the subject of the government's March 7, 2023 notice of supplemental authority, ECF No. 60, upholds Commerce's use of the Cohen's *d* test, which is being challenged by Plaintiffs. *See* Koehler Mot. at 16-34, ECF No. 46 (Sept. 15, 2022). The Court concluded that "Commerce's application of the Cohen's *d* test to determine whether there was a significant pattern of differences was reasonable

because Commerce applied the Cohen's *d* test to a population rather than a sample." *Id*. at 20.

                                              Respectfully submitted,

                                              */s/ Daniel L. Schneiderman*
                                              Stephen J. Orava
                                              SOrava@KSLAW.com

                                              Daniel L. Schneiderman
                                              dschneiderman@kslaw.com

                                              KING & SPALDING LLP
                                              1700 Pennsylvania Avenue, NW
                                              Washington, DC  20006
                                              (202) 737-0500

                                              *Counsel For Domtar Corporation and Appvion, LLC*

March 27, 2023