United States Court of International Trade
One Federal Plaza
New York, NY 10278



CHAMBERS OF
Gary S. Katzmann

February 8, 2024

R. Will Planert
Morris, Manning & Martin LLP
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005-2204

Thomas J. Trendl
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036-1795

Emma E. Bond
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Stephen J. Orava
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20006-4706

Re:     Matra Americas, LLC v. United States
        Consol. Court No.: 21-00632

Dear Counselors:

The opinion in the above-captioned case will also be issued as a public document with redactions. The court has double-bracketed information that has been designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the opinion and inform the court, by close of business on Monday, February 12, 2024 via ECF, of the following:

1. Whether any information not already in brackets is confidential and should be double-bracketed in the public version; or

2. Whether any information already in brackets is not confidential and should not be double-bracketed in the public version.

If you believe that any additional information should or should not be redacted from the public version, please state the basis for your belief.

Thank you for your assistance.

Sincerely,

*/s/ Gary S. Katzmann*
Gary S. Katzmann
Judge